UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

VICTORIA WRIGHT,

        Plaintiff,

  v.

DAVID RUNNELS, Warden,
CALIFORNIA STATE PRISON -
SUSANVILLE; MICHAEL ROCHE,
M.D.; and DOES 1 to 10,
inclusive,

        Defendant.

NO. 2:05-cv-2530-MCE-PAN (JFM)

ORDER

----oo0oo----

    Plaintiff Victoria Wright brings the present action pursuant to 42 U.S.C. § 1983 on grounds that Defendants acted with "deliberate indifference" to the serious medical needs of her husband.  She alleges that such indifference led to the death of her husband, Jay Wright, some eight days after he was admitted to the High Desert State Prison in Susanville, California.

    Defendants now move to dismiss Plaintiff's Complaint on grounds that the § 1983 claims she attempts to assert are

1

personal rights belonging to her deceased husband rather than to her.  According to Defendants, while Plaintiff may be entitled to maintain her lawsuit in a representational capacity following her husband death pursuant to California's survival statute, Code of Civil Procedure § 377.30 (see <u>Moreland v. Las Vegas Metro. Police Dep't</u>, 159 F.3d 365, 369 (9th Cir. 1998), the Complaint as presently framed is improper because it is made solely on her individual behalf.  Defendants consequently move to dismiss Plaintiff's claims under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

    Plaintiff has not opposed Defendants' Motion to Dismiss, Given that non-opposition, and good cause appearing therefor based on the arguments articulated by Defendants, Defendants' Motion to Dismiss is hereby GRANTED, with leave to amend.[1]  Plaintiff may file an amended pleading not later than twenty (20) days following the date of this Order.

    IT IS SO ORDERED.

DATED: April 28, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

2