1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  VICTORIA WRIGHT, et al.,
                                      2:05-cv-2530-MCE-PAN (DAD)
12          Plaintiff,

13      v.                            <u>MEMORANDUM AND ORDER</u>

14  DAVID RUNNELS, Warden,
    CALIFORNIA STATE PRISON -
15  SUSANVILLE; MICHAEL ROCHE,
    M.D.; and DOES 1 - 10,
16  inclusive,

17          Defendants.

18                         ----oo0oo----

19

20      Plaintiff Victoria Wright brings the present action pursuant

21  to 42 U.S.C. § 1983 on the ground that Defendants David Runnels

22  and Michael Roche were deliberately indifferent to the medical

23  needs of her husband in violation of his constitutional rights.[1]

24  Specifically, Plaintiff alleges that Defendants' indifference led

25  to her husband's untimely death while incarcerated.

26  _____

27      [1]Because oral argument will not be of material assistance,
    the Court orders this matter submitted on the briefs.  E.D. Cal.
28  Local Rule 78-230(h).

                              1

1    Defendants moved to dismiss Plaintiff's original Complaint

2  on the ground that her claims are personal rights belonging only

3  to the decedent rather than to Plaintiff herself.  The Court

4  agreed with Defendants and dismissed her Complaint for lack of

5  standing but permitted Plaintiff leave to amend.  *See* Mem. &

6  Order, p. 1-2, April 28, 2006.  Plaintiff did amend her Complaint

7  naming the Estate of Jay Wright as an additional Plaintiff.

8  Defendants now seek dismissal on the ground that the Estate is

9  not a legal entity and, therefore, has no capacity to sue.

10    Plaintiff has not opposed Defendants' Motion to Dismiss.

11  Given that non-opposition, and based on the arguments articulated

12  by Defendants, Defendants' Motion to Dismiss is hereby GRANTED,

13  with leave to amend.  Plaintiff may file an amended pleading not

14  later than twenty (20) days following the date of this Order.

15    IT IS SO ORDERED.

16  DATED: August 23, 2006

17

18

19  _____

20  MORRISON C. ENGLAND, JR

     UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28