IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTORIA WRIGHT,

       Plaintiff,                        No. CIV S-05-2530 MCE EFB

    vs.

DAVID RUNNELS, et al.,

       Defendants.              <u>ORDER</u>

_____/

      This case was before the undersigned on May 16, 2007, on defendant Dr. Roche's motion to compel plaintiff's responses to interrogatories. Jeffrey Vincent appeared as counsel for defendants. Plaintiff's counsel failed to appear. Accordingly, the court ordered plaintiff's counsel to show cause why sanctions should not be imposed for his failure to appear at the hearing.

      Plaintiff's counsel, Mark Ravis, timely filed a response to the order to show cause in which he avers that he mistakenly believed that defendant was going to take the motion off calendar. Plaintiff's counsel claims he thought he had provided defendant with all responses to defendant's discovery requests, only to discover later that he had inadvertently failed to respond to defendant's interrogatory no. 7. Although the court is stymied by this explanation given plaintiff counsel's participation in preparing the joint statement one week prior to the discovery

1

hearing,[1] the court hereby discharges its May 21, 2007, order to show cause.

SO ORDERED.

DATED: July 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The joint statement clearly outlined, from defendant's perspective, how plaintiff's discovery responses were deficient, and also contained plaintiff's counsel response to those alleged deficiencies.

2