1  EDMUND G. BROWN JR.
Attorney General of the State of California
2  ALBERTO L. GONZÁLEZ
Supervising Deputy Attorney General
3  WILLIAM A. KRABBENHOFT
State Bar No. 119197
4  Deputy Attorney General
 1300 I Street, Suite 125
5  P.O. Box 944255
Sacramento, CA 94244-2550
6  Telephone:  (916) 324-5334
Fax:  (916) 322-8288
7  Email:  Bill.Krabbenhoft@doj.ca.gov

8  Attorneys for Defendants David L. Runnels and S. M.
Roche, M.D.

9

10

11

12                    IN THE UNITED STATES DISTRICT COURT

13                   FOR THE EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  **VICTORIA WRIGHT,** | Case No. 2:05-CV-02530 MCE EFB |
| 16                                 Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL OF STEVEN ROCHE PURSUANT TO RULE 41(a)** |
| 17       v. | |
| 18  **DAVID RUNNELS, Warden, CALIFORNIA STATE PRISON - SUSANVILLE; MICHAEL ROCHE, M.D.; and DOES 1 to 10, inclusive ,** | |
| 19 | |
| 20                                 Defendants. | |

21

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                      1

1    Plaintiff, VICTORIA WRIGHT, by and through her attorneys of record, hereby

2    voluntarily dismisses STEVE ROCHE, by and through his attorneys of record, from the above

3    action, with prejudice, per Federal Rules of Civil Procedure, Rule 41(a), each side to bear its own

4    costs and attorney fees.

5    Dated:    9/15/08                          /s/  Mark Ravis
                                                MARK RAVIS, Esq.,
6                                               Attorney for Plaintiff, Victoria Wright

7

8

9                                               /s/  William A. Krabbenhoft
     Dated:        9-22-08
10                                              WILLIAM A. KRABBENHOFT
                                                Deputy Attorney General
11                                              Attorney for Defendant Steven Roche, M.D.

12

13       IT IS SO ORDERED.

14

15    Dated:  September 23, 2008

16

17                                              MORRISON C. ENGLAND, JR.
                                                UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28